FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-20-00611-CV

**INTEREST OF L.J.L. AND J.W.L.**, Minor Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On July 7, 2022, Appellant's counsel Chris H. Negem and Jessica R. Gonzales filed a motion to withdraw. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

The motion to withdraw is **granted**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court